AUSA: Nicholas McIntyre  Telephone: (313) 226-9611
AO 91 (Rev. 11/11) Criminal Complaint  Special Agent: Randall Olsen, ATF  Telephone: (313) 202-3400

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Sterlin Williams

Case No. Case: 2:23−mj−30487
Assigned To : Unassigned
Assign. Date : 12/12/2023
USA V. WILLIAMS (CMP)(CMC)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __December 11, 2023__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(o) | Illegal Possession of a Machinegun |

This criminal complaint is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Randall Olsen, Special Agent, ATF
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: December 12, 2023

_____
Judge's signature

City and state: Detroit, MI

Hon. Kimberly G. Altman, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF
## CRIMINAL COMPLAINT

I, Randall Olsen, being first duly sworn, hereby depose and state as follows:

## AGENT BACKGROUND

1.      I have been employed as a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), United States Department of Justice since May 2022. I am currently assigned to Detroit Group VII, investigating various federal firearm violation. Prior to being employed as a Special Agent, I was a Police Officer with the Detroit Police Department, for over seven years, and the Grosse Pointe Park Department of Public Safety, for over one year. During that time, I was assigned to DPD's Special Operations unit, as well as the Special Response Team. I am a graduate of the ATF Special Agent Basic Training program and of the Detroit Police Department's Police Academy. I have also earned a Bachelor of Science in Criminal Justice with a concentration in Supervision and Management. During my employment with ATF, DPD, and GPPDPS, I have participated in numerous criminal investigations focused on firearms, armed drug trafficking violations and criminal street gangs. I have also investigated violations of 18 U.S.C. § 922(g)(1), Felon in Possession of a Firearm and 18 U.S.C. 922(o), possession of a machinegun.

2.      I make this affidavit from personal knowledge based on my participation in this investigation, including interviews conducted by myself and/or other law enforcement agents, communications with others who have personal knowledge of the events and circumstances described herein, review of reports by myself and/or other law enforcement agents, and information gained through my training and experience. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all details or all facts of which I am aware relating to this investigation.

3.      This affidavit is comprised of information based on my personal knowledge and information provided by other law enforcement officers. I have not included each and every fact known to me concerning this investigation; rather, I have set forth only the facts necessary to establish probable cause.

4.      ATF is currently conducting a criminal investigation concerning Sterlin WILLIAMS (XX/XX/1999) for violation of 18 U.S.C. § 922(o) – illegal possession of a machine gun.

## PROBABLE CAUSE

5.      Title 18, United States Code, Section 922(o) prohibits the possession of a machinegun manufactured after May 19, 1986. An individual can affix a machinegun conversion device to a Glock pistol to make the pistol shoot automatically and function as a machinegun. Pursuant to 18 U.S.C. § 921(a)(23), the

term "machinegun" has the meaning given such term in section 5845(b) of the National Firearms Act (NFA) (26 U.S.C. § 5845(b)). Under the NFA, the term "machinegun" means "any weapon which shoots, is designed to shoot, or can be readily restored to shoot, automatically more than one shot, without manual reloading, by a single function of the trigger. The term shall also include the frame or receiver of any such weapon, any part designed and intended solely and exclusively, or combination of parts designed and intended, for use in converting a weapon into a machinegun, and any combination of parts from which a machinegun can be assembled if such parts are in the possession or under the control of a person." 26 U.S.C. § 5845(b). A machinegun conversion device – commonly referred to as "Glock Switch" or "Glock Auto Sear" – is a part, or combination of parts, designed and intended for use in converting a semiautomatic Glock pistol into a weapon that shoots automatically more than one shot, without manual reloading, by a single function of the trigger machinegun; therefore, it is a "machinegun." Further, ATF is not aware of any machinegun conversion devices for Glock pistols that were developed before May 19, 1986. As such, machinegun conversion devices for Glock pistols are considered post-1986 machineguns.

6. During the month of July 2023, ATF identified the Instagram account user ID "43sterl" as being associated to WILLIAMS.

7.	Many of the photos and videos posted by the user of the Instagram account "43sterl" depict WILLIAMS in possession of what appears to be a machinegun conversion device attached to a suspected Glock pistol, indicating multiple possible violations of 18 U.S.C. § 922(o), illegal possession of a machine gun.

8.	Specifically, on October 2, 2023, at approximately 4:54 pm, ATF agents screen recorded an Instagram story posted by IG User ID "43sterl", which included an image of an individual holding a suspected firearm equipped with what appears to be a machinegun conversion device and an extended magazine, as shown in image 1. The image is captioned "I ride 30rd strap and dis btc automatic." Based on my training and experience, I believe that the phrase "I ride 30rd strap" is in reference to the extended magazine with is attached to the gun. I also believe that the phrase "dis btc automatic" is a reference to the gun being equipped with a machinegun conversion device.

Image 1



9. On December 8, 2023, ATF obtained a federal search warrant for 37770 Westwood, Apartment #103, Westland, MI (Target Premises) (case no. 23-51667-3). On December 11, 2023, law enforcement searched the Target Premises. WILLIAMS was the only person in the home and was detained in the living room while agents performed the search.

10. Agents located a Glock Model 19, 9mm pistol, bearing serial number BZVC237, in the living room. Agents located another Glock Model 19, 9mm pistol,

bearing serial number BVXU018, on the kitchen counter near the sink. See image 2 below. On the other side of the sink, agents located what appeared to be a machinegun conversion device and a screwdriver. See image 3 below. Based on my training and experience, a screwdriver can be used to install a machinegun conversion device on a Glock pistol.

Image 2

Image 3




11. Agents conducted a post *Miranda* interview with WILLIAMS. WILLIAMS initially said that the machinegun conversion device belonged to someone named "Meech." WILLIAMS admitted that he sometimes possessed the machinegun conversion device. WILLIAMS later admitted that he purchased the machinegun conversion device online with a credit card. WILLIAMS said that paid less than $100 for the machinegun conversion device. WILLIAMS said that he needed the machinegun conversion device for self-defense. WILLIAMS said that the machinegun conversion device made the gun shoot faster.

12. During the month of October 2023, WILLIAMS was queried within the National Firearms Registration and Transfer Record System, which indicated that WILLIAMS does not possess a Special Occupational Tax in order to obtain and possess a machinegun conversion device (MCD).

13. ATF Special Agent Kenton Weston has viewed a photograph of the machinegun conversion device recovered in this case. In addition to basic ATF training, SA Weston is graduated of a specialized course on privately made firearms and machinegun conversion devices (PMF/MCD). SA Weston has provided instruction to DPD officers on the identification of PMFs and machinegun conversion devices. SA Weston has experience in the investigation, seizure, and examination of dozens of PMFs and MCDs. After viewing the photo, SA Weston confirmed that the device affixed to the firearm appeared to be a machinegun conversion device, colloquially referred to as a "Glock Switch."

## CONCLUSION

14. Based on the aforementioned facts stated herein, there is probable cause to believe that Sterlin WILLIAMS (XX/XX/1999), knowingly possessed a machinegun conversion device, in violation of 18 U.S.C. § 922 (o). This violation occurred on or about December 11, 2023, in the Eastern District of Michigan.

Respectfully submitted,

Randall Olsen
ATF Special Agent

Sworn to before me and signed in my
presence and/or by reliable electronic means.

_____
Honorable Kimberly G. Altman
United States Magistrate Judge

Dated: December 12, 2023